IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIE WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:12-1208-JPG-PMF |
| ) | |
| DANON DAMONA-CUFF, ) | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION

**FRAZIER, Magistrate Judge:**

Before the Court are plaintiff's motion for a temporary restraining order (Doc. No. 28) and a defense motion to strike plaintiff's motion (Doc. No. 43).  Plaintiff is proceeding under § 1983 on two Eighth Amendment challenges to the conditions of his pretrial detention: that excessive force was used against him (Count 1) and that his serious medical needs were met with deliberate indifference (Count 2).  Both claims arose during Williams' detention at Tri County Justice Center in Ullin, Illinois.  The specific relief requested in plaintiff's motion is a transfer out of Tri County Justice Center.

A hearing on the motion was scheduled.  That setting was vacated when the Court learned that plaintiff was no longer detained at Tri County Justice Center.  The parties were invited to brief the question of mootness (Doc. No. 35).  Briefs are on file (Doc. Nos. 38, 39, 42).

Plaintiff is detained in connection with a state criminal prosecution in Alexander County.  He is currently detained at a Mental Health Center in Chester, Illinois.  Because plaintiff is no longer confined at the facility where his claims arose, his request for a temporary restraining order in the form of a transfer out of Tri County Justice Center is

moot.  *Higgason v. Farley*, 83 F.3d 807, 811 (7th Cir.1996).  The parties do not control plaintiff's whereabouts and do not know when or whether he will return to Tri County Justice Center in the future or whether he will face the same conditions if he does return.

IT IS RECOMMENDED that plaintiff's motion for a temporary restraining order (Doc. No. 28) be declared moot.  If this recommendation is adopted, the defense motion to strike (Doc. No. 43) will also be moot.

**SUBMITTED: June 24, 2013 .**

 **s/Philip M. Frazier**
**PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**