UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WILLIE WILLIAMS,

    Plaintiff,

  v.

DANON DAMONA-CUFF, NORVELL MEADORS, S TEAGUE, TIMOTHY BROWN, JEFFREY FARRIS, TIMOTHY CAPPS and MICHAEL E. ALTHOFF,

    Defendants.

Case No. 12-cv-1208-JPG-PMF

## MEMORANDUM AND ORDER

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 45) of Magistrate Judge Philip M. Frazier recommending that the Court deny as moot plaintiff Willie Williams' motion for a temporary restraining order (Doc. 28) and the defendants' motion to strike Williams' motion (Doc. 43). Williams has already been given the institutional transfer he seeks in his motion.

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report. The Court has reviewed the entire file and finds that the Report is not clearly erroneous. Accordingly, the Court hereby:

- **ADOPTS** the Report in its entirety (Doc. 45); and

- **DENIES as moot** Williams' motion for a temporary restraining order (Doc. 28) and the defendants' motion to strike Williams' motion (Doc. 43).

**IT IS SO ORDERED.**
**DATED:   July 22, 2013**

s/J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**
